STATE OF CONNECTICUT *v.* VERNON HORN

*Moira L. Buckley*, deputy assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided December 30, 2002

LEE MARINO *v.* NEWINGTON AUTO PARTS, INC.

*Daniel S. Blinn* and *Sarah Poriss*, in support of the petition.

*Mark S. Shipman* and *Steven C. Sosensky*, in opposition.

Decided December 30, 2002

KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL*

The Supreme Court docket number is SC 16898.

* Superseded. See *Strobel* v. *Strobel*, 267 Conn. 901, 838 A.2d 209 (2003).